No. 75–5081.   HOWLETT v. FEDERAL NATIONAL MORT-
GAGE ASSN.   Appeal from Sup. Ct. Mo. dismissed for
want of substantial federal question.

No. 74–5314.   SMITH v. KENTUCKY.   Appeal from
Ct. App. Ky. dismissed for want of substantial federal
question.

No. 9, Orig.   UNITED STATES v. LOUISIANA ET AL.
(LOUISIANA BOUNDARY CASE).   The First Accounting of
Louisiana filed pursuant to the Decree of June 16, 1975
[422 U. S. 13]; the Accounting by the United States
filed pursuant to paragraph 6 (b) of the Decree of June
16, 1975; the Accounting by Louisiana filed pursuant to
paragraph 5 of the Decree of June 16, 1975; and the
Accounting by the United States filed pursuant to para-
graphs 5 (b) and 7 of the Decree of June 16, 1975,
referred to the Special Master.

No. 36, Orig.   TEXAS v. LOUISIANA.   Exceptions to
the Report of the Special Master set for oral argument
in due course.   [For earlier orders herein, see, e. g., 421
U. S. 905.]

No. A–151.   RAYMOND v. UNITED STATES.   C. A. 6th
Cir.   Application for stay of execution of judgment
and/or bail pending appeal, presented to MR. JUSTICE
STEWART, and by him referred to the Court, denied.

No. 74–882.   DECANAS ET AL. v. BICA ET AL.   Ct. App.
Cal., 2d App. Dist.   [Certiorari granted, 422 U. S. 1040.]
Motion of petitioners for divided argument denied.

No. 75–82.   SHEET METAL WORKERS' INTERNATIONAL
ASSN. v. CARTER.   Ct. App. Ga.   The Solicitor General is
invited to file a brief in this case expressing the views of
the United States.